IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>[1] ELVINE LAMAS,<br>[2] ARELIS SOSA<br><br>**Defendant(s)** | **CRIMINAL NO.** 05-0432(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 42 & 43). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of July, 2006.

S/Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge